

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-13-00646-CV

Robert Ray **PEREZ** and Rhonda Lee Arevalo,
Appellants

v.

Arturo Zepeda **ARREDONDO**, CUSA KBC, LLC d/b/a Kerrville Bus Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

# O R D E R

Appellees' amended unopposed motion for leave to file post-submission brief is hereby GRANTED.

It is so **ORDERED** on October 7, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court